**Tracy A. HAYNES, Sr., an individual, Plaintiff–Appellant,**

v.

**BANK OF AMERICA; et al., Defendants–Appellees.**

No. 09–56803.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 25, 2011.

Tracy A. Haynes, Sr., Rancho Cucamonga, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Julie E. Patterson, Esquire, Stuart Winston Price, Bryan Cave LLP, Irvine, CA, for Defendants–Appellees.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

## MEMORANDUM **

Tracy A. Haynes, Sr., appeals pro se from the district court's order dismissing his action arising out of foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *King v. California*, 784 F.2d 910, 912 (9th Cir. 1986). We affirm.

We affirm for the reasons stated by the district court in its order filed on November 4, 2009 dismissing Haynes's second amended complaint.

Haynes's remaining contentions are unpersuasive.

We do not consider Haynes's arguments raised for the first time on appeal. *See Bias v. Moynihan*, 508 F.3d 1212, 1223 (9th Cir.2007).

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All pending motions are denied.

**AFFIRMED.**